IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TINA LOUISE ASHLEY,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>Defendant. | CV 15-75-BU-BMM-JCL<br><br>ORDER |

On June 24, 2016, the Commissioner filed a motion seeking voluntary remand of this case for further proceedings pursuant to Sentence Six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). (Doc. 12). The Court issued an order granting the motion to remand and directing the Clerk of Court to administratively terminate this case without prejudice. Due to a clerical error, however, a final judgment in the case was entered on June 29, 2016.

1

The Commissioner has filed a Motion to Alter or Amend Judgment pursuant to Federal Rule of Civil Procedure 59(e), asking the Court to vacate the judgment mistakenly entered on June 29, 2016. Accordingly, and good cause appearing,

IT IS ORDERED that the Court's Judgment entered on June 29, 2016, is hereby VACATED.

DATED this 7th day of July, 2016.

Jeremiah C. Lynch
United States Magistrate Judge