# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

| | |
|---|---|
| TINA LOUISE ASHLEY, | Civil No. 2:15-cv-00075-BMM-JCL |
| Plaintiff, | |
| vs. | JUDGMENT FOR PLAINTIFF |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security | |
| Defendant. | |

IT IS HEREBY ORDERED AND ADJUDGED that the Commissioner's final decision after remand pursuant to sentence six of 42 U.S.C. § 405(g) (on file herein as attachment to Defendant's Motion to Reopen [redacted] Notice of Decision – Partially Favorable, dated December 19, 2018) is hereby adopted and entered into the record, and this matter is closed. Based on this partially favorable decision, judgment is entered for Plaintiff.

DATED this 6th day of June, 2019.

_____
Brian Morris
United States District Court Judge